UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
UNITED STATES OF AMERICA

                                       **Order**
                                       14 Cr. 268 (KMK)

- v -

FRANKLIN ABREU,

                            Defendant.
------------------------------------x

      **IT IS HEREBY ORDERED** that Westchester County Correctional Center permit Mr. Abreu to bring a hand towel to Court appearances., provided that the US Marshals Service has no security concerns.

Dated: White Plains, New York
      April  16 , 2024

                                   **SO ORDERED**:

                                   _____
                                   HONORABLE KENNETH M. KARAS
                                   UNITED STATES DISTRICT JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK